1086

No. 94–8289.   HUGHES v. SOUTHWORTH ET AL.   C. A. 6th Cir. Certiorari denied.

No. 94–8321.   ABBOTT v. OREGON.   Ct. App. Ore.   Certiorari denied.

No. 94–8343.   PALMER v. ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 94–8364.   COLEMAN v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 94–8385.   RUDOLPH v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 94–8404.   UBOH v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 94–8409.   CLEMONS v. UNITED STATES; and
No. 94–8627.   SMITH v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 94–8420.   HENSLEY v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 94–8425.   GLANT v. FLORIDA BAR.   Sup. Ct. Fla.   Certiorari denied.

No. 94–8430.   MERINO v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 94–8432.   LEE v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 94–8439.   CHAPA v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 94–8442.   BONE v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 94–8449.   BAZEMORE v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 94–8450.   CHAMBRON v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.